ACCEPTED
04-14-00660-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 9:34:16 AM
KEITH HOTTLE
CLERK

No. 04-14-00660-CV

IN THE
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 9:34:16 AM
KEITH E. HOTTLE
Clerk

## IN THE INTEREST OF J.A.E., JR.

**Jorge Garcia,**

*Appellant*,

**The Office of the Attorney General of Texas**

**and**

**Margarita Espinoza,**

*Appellees.*

## MOTION FOR AN EXTENSION OF TIME TO FILE THE BRIEF OF APPELLEE, THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

TO THE HONORABLE COURT OF APPEALS:

Appellee, the Office of the Attorney General of Texas ( usually referred to as "the Attorney General"), respectfully files this motion for an extension of time to file his brief.

### I.

A.    The deadline to file an appellee's brief is February 17, 2015.

B.     The Attorney General requests an extension of 30 days to file his brief, so that it will be due on March 19, 2015.

C.     The following facts justify an extension:

This appeal is from a no-evidence summary judgment, but the clerk's record lacks a stand-alone copy of the motion for summary judgment (which appears only as an exhibit to a pleading) and a copy of the response to the motion for summary judgment.  These documents are critical in an appeal from a no-evidence motion for summary judgment; hence, on January 29, 2015, the Attorney General filed a request with the Webb County District Clerk for a supplemental clerk's record containing them.  To the Attorney General's knowledge, the supplemental clerk's record has not yet been filed.  The Attorney General therefore requests an extension of time to file his brief so that his brief can contain proper record references to the supplemental clerk's record and include copies of the motion for summary judgment and response as appendices.

D.     No previous extensions have been granted to file this brief.

## II.

## Certificate of Conference

Undersigned counsel has communicated with counsel for appellant Jose Garcia and has ascertained that Mr. Garcia is not opposed to this motion.  Counsel

is unable to communicate with co-appellee Margarita Espinoza about this motion because he does not have a telephone number or e-mail address for her.

## III.

## Prayer for Relief

For these reasons, the Attorney General requests that the Court grant him an extension of 30 days to file his brief. The Attorney General further requests any other relief to which he may be entitled or which the Court may find just, equitable, or proper.

Respectfully submitted,

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

CHARLES ROY
FIRST ASSISTANT ATTORNEY GENERAL

MARTHA FITZWATER PIGOTT
GENERAL COUNSEL
CHILD SUPPORT DIVISION

RANDE K. HERRELL
State Bar No. 09529400
MANAGING ATTORNEY
APPELLATE LITIGATION SECTION
CHILD SUPPORT DIVISION

DETERREAN GAMBLE
Assistant Attorney General
State Bar No. 24062194

3

/s/ *John B. Worley*

JOHN B. WORLEY
Assistant Attorney General
State Bar No. 22001480
john.worley@texasattorneygeneral.gov

Child Support Division
Appellate Litigation Section
Mail Code 038-1
P.O. Box 12017, Capitol Sta.
Austin, Texas 78711-2017
Phone:  (512) 406-2308
Fax:  (512) 460-6612

ATTORNEYS FOR APPELLEE, THE
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a copy of this motion is being served by on the parties or their counsel listed below in the manner indicated on February 17, 2015.

/s/ *John B. Worley*

John B. Worley
Assistant Attorney General

Jose Arce
1015 Scott
Laredo, TX 78040
josearce1@att.net
(by e-service or e-mail)

*Attorney for Petitioner / Appellant, Jorge Garcia*

Margarita Espinoza
[home address omitted]
(by United States Mail)

*Interested Person (Mother of the Child) / Co-Appellee, Pro Se*

**APPENDIX A**

Filed
1/29/2015 12:11:59 PM
Esther Degollado
District Clerk
Webb District
2011CVQ002377-C3

**CAUSE NO. 2011CVQ002377-C3**

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE COUNTY COURT** |
| | § | **AT LAW NO. 2** |
| **J███ A. E████████, JR.** | § | **WEBB COUNTY, TEXAS** |

**REQUEST FOR A SUPPLEMENTAL CLERK'S RECORD**

Respondent/Appellee, the Office of the Attorney General of Texas, files this Request for a Supplemental Clerk's Record.

The Attorney General requests that you prepare a Supplemental Clerk's Record to be filed in *In the Interest of J.A.E., Jr.*, No. 04-14-00660-CV in the Fourth Court of Appeals. The Attorney General requests that the Supplemental Clerk's Record contain:

1.  The Office of the Attorney General's Motion for Summary Judgment under Tex. R. Civ. P. 166A(I), filed on April 28, 2014;

2.  Petitioner's Response to the State of Texas Motion for No Evidence Summary Judgment, filed on May 16, 2014; and

3.  this Request for a Supplemental Clerk's Record.

Respectfully submitted,

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

CHARLES ROY
FIRST ASSISTANT ATTORNEY GENERAL

MARTHA FITZWATER-PIGOTT
GENERAL COUNSEL
CHILD SUPPORT DIVISION

RANDE K. HERRELL
State Bar No. 09529400
MANAGING ATTORNEY
APPELLATE LITIGATION SECTION
CHILD SUPPORT DIVISION

DETERREAN GAMBLE
Assistant Attorney General
State Bar No. 24062194

/s/ *John B. Worley*

JOHN B. WORLEY
Assistant Attorney General
State Bar No. 22001480
john.worley@texasattorneygeneral.gov

Child Support Division
Appellate Litigation Section
Mail Code 038-1
P.O. Box 12017, Capitol Sta.
Austin, Texas 78711-2017
Phone:  (512) 406-2308
Fax:  (512) 460-6612

ATTORNEYS FOR RESPONDENT /
APPELLEE, THE OFFICE OF THE
ATTORNEY GENERAL OF TEXAS

2

## Certificate of Service

I certify that a copy of this Request for a Supplemental Clerk's Record is being served by on the parties or their counsel listed below in the manner indicated on January 29, 2014.

/s/ *John B. Worley*
John B. Worley
Assistant Attorney General

Jose Arce
1015 Scott
Laredo, TX 78040
(by e-mail)

*Attorney for Petitioner / Appellant, Jorge Garcia*

Margarita Espinoza
[home address omitted]
(by United States Mail)

*Interested Person (Mother of the Child) / Co-Appellee, Pro Se*

3